PER CURIAM.
We hold that under the totality of the circumstances the identification was reliable, and there was no substantial likelihood of misidentification, even though the confrontation procedure was suggestive. We therefore affirm the judgment of conviction. Manson v. Brathwaite, 432 U.S. 98, 97 S.Ct. 2243, 53 L.Ed.2d 140 (1977); Neil v. Biggers, 409 U.S. 188, 93 S.Ct. 375, 34 L.Ed.2d 401 (1972); Grant v. State, 390 So.2d 341 (Fla.1980), cert. denied, 451 U.S. 913, 101 S.Ct. 1987, 68 L.Ed.2d 303 (1981); Lecoin v. State, 418 So.2d 336 (Fla. 3d DCA 1982).
Affirmed.